215

WILLIAM J. SCOTT, Attorney General; MARTIN A. SOLL, Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 75-CC-258—

MARCEL ECKELS, Claimant, *vs.* STATE OF ILLINOIS, Respondent.

*Opinion filed December 31, 1974.*

MARCEL ECKELS, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 75-CC-259—

MARCEL ECKELS, Claimant, *vs.* STATE OF ILLINOIS, Respondent.

*Opinion filed December 31, 1974.*

MARCEL ECKELS, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PER CURIAM.